UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WALLACE,<br><br>      Plaintiff,<br><br>   v.<br><br>DOES, *et al.*<br><br>      Defendants. | Case No. 1:21-cv-1275-ADA-EPG<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS |

The Court previously authorized Plaintiff to issue a subpoena for the purpose of identifying the Doe Defendants in this case. (ECF No. 37). Plaintiff, through counsel, has now completed and returned the subpoena and form USM-285. (ECF No. 38). The Court will direct the United States Marshals Service to serve the subpoena.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form.
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
2. The Clerk of Court is directed to attach a copy of the completed subpoena *duces*

1

*tecum* to this order.

3. Within TWENTY (20) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the entity named in the subpoena, pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.

5. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated:  **January 5, 2023**              /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE