UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD WALLACE,<br><br>         Plaintiff,<br><br>    v.<br><br>CITY OF LEMOORE, et al.,<br><br>         Defendants. | Case No.  1:21-cv-01275-KES-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Docs. 83, 84 |

Plaintiff James Edward Wallace proceeds pro se in this civil rights lawsuit filed pursuant to 42 U.S.C. § 1983.  On August 29, 2025, after granting the motion to withdrawal by plaintiff's former attorney, the assigned magistrate judge directed plaintiff to file a notice within thirty days, informing the Court whether he intended to hire counsel, and if so, advising how long he needed to do so.  Doc. 83.  That order was returned as undeliverable on September 9, 2025.

The assigned magistrate judge then issued findings and recommendations on October 10, 2025, recommending that this case be dismissed based on plaintiff's failure to prosecute this case, failure to comply with court orders, and failure to update his address.  Doc. 84.  Those findings and recommendations were served on plaintiff and contained notice that any objections were to be filed within thirty days after service.  *Id.* at 4.  Plaintiff has not filed objections, and the time to do so has passed.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on October 10, 2025, Doc. 84, are adopted in full.
2. This case is dismissed, without prejudice, based on plaintiff's failure to prosecute this case, failure to comply with a court order, and failure to update his address.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 4, 2025

UNITED STATES DISTRICT JUDGE

2